**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-7064**

_____

ROBERT MEDLEY,

                                 Petitioner - Appellant,

        versus

DOUGLAS TAYLOR, Warden,

                                 Respondent - Appellee.

_____

Appeal from the United States District Court for District of South
Carolina, at Charleston.  Cameron McGowan Currie, District Judge.
(2:07-cv-01401-CMC)

_____

Submitted:  January 17, 2008      Decided:  January 23, 2008

_____

Before TRAXLER, SHEDD, and DUNCAN, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Robert Medley, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Medley seeks to appeal the district court's order dismissing as untimely his 28 U.S.C. § 2254 (2000) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). We have independently reviewed the record and conclude that Medley has not made the requisite showing. Accordingly, although we grant Medley's motion to file his amended informal brief, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

- 2 -